# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 6:17-cv-146<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 6:17-cv-225<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendant Apple Inc.'s ("Apple") Joint Stipulation of Dismissal pertaining to Civil Action Nos. 6:17-cv-146 and 6:17-cv-225. Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, **GRANTED**.

**IT IS THEREFORE ORDERED** that CCE's claims against Apple in Civil Action Nos. 6:17-cv-146 and 6:17-cv-225 are **DISMISSED WITH PREJUDICE** and Apple's claims against CCE in Civil Action Nos. 6:17-cv-146 and 6:17-cv-225 are **DISMISSED WITHOUT PREJUDICE** as set forth in the Joint Stipulation of Dismissal, with each party to the Joint

Stipulation of Dismissal to bear its own costs, expenses and attorneys' fees as may exist between them.

**IT IS FURTHER ORDERED** that CCE's claims against AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc., in Civil Action Nos. 6:17-cv-146 and 6:17-cv-225 are dismissed **WITH PREJUDICE** solely to the extent those claims for relief asserted therein involve the manufacture, use, offer for sale, sale, and/or importation of products manufactured by or for Apple that are the subject of the Settlement and License Agreement between CCE and Apple.

**SIGNED this 20th day of September, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE